**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| STACI FLOYD, ET AL. | CIVIL ACTION NO. 09-1489 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WAL-MART LOUISIANA, LLC, ET AL. | MAGISTRATE JUDGE HAYES |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Motion to Remand (Record Document 7) filed by plaintiffs Staci and Scott Floyd be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of defendant Jose Hurst, and against plaintiffs Staci and Scott Floyd, dismissing with prejudice plaintiffs' claims against said defendant only.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 28th day of June, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE